1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9
10

11  ELIZABETH SANCHEZ,            )   Case No.: CV 17-7218-DMG (JEMx)
    NATIVIDAD SANCHEZ AND A.G.    )
12  by and through his guardian ad litem )   **ORDER DISMISSING ENTIRE**
    ANA LOPEZ,                    )   **ACTION WITH PREJUDICE [134]**
13                                )
14                                )
              Plaintiffs,         )
15                                )
         vs.                      )
16                                )
    COUNTY OF LOS ANGELES,        )
17  EDWARD MCDONALD and DOES 1    )
    through 10, inclusive,        )
18                                )
                                  )
19            Defendants.         )
                                  )
20  _____)

21       IT IS HEREBY ORDERED, following stipulation of counsel, that the above-

22  entitled action is dismissed, with prejudice, pursuant to Federal Rules of Civil

23  Procedure, Rule 41(a)(1).  All parties to bear their own costs and attorney's fees.

24       IT IS SO ORDERED.

25

26  DATED:  July 8, 2020          _____
                                  DOLLY M. GEE
27                                UNITED STATES DISTRICT JUDGE
28

- 1 -